**Petition for Writ of Habeas Corpus Granted and Order filed April 18, 2013**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00327-CV

## IN RE JOANNE WILKIE (BROCHSTEIN) MANCHA

---

### ORIGINAL PROCEEDING
### WRIT OF HABEAS CORPUS
312th District Court
Harris County, Texas
Trial Court Cause No. 2008-45190

---

## ORDER

This Court has reviewed the petition for writ of habeas corpus of relator, Joanne Wilkie (Brochstein) Mancha.

The Court is of the opinion that relator's petition requires further consideration. *See* Tex. R. App. P. 52.8(b)(3). We therefore order the Clerk of this Court to issue a writ of habeas corpus, returnable on May 15, 2013, pending final determination of the relief requested in the petition. We further order that relator be discharged upon execution and filing of a bond as set forth below. *See id.*

The relator will be admitted to bail upon her giving a good and sufficient bond, signed by relator as principal and her attorney, Sharon Hemphill, as surety,

conditioned as required by law, or by any other surety acceptable to the Sheriff of Harris County, or cash in lieu of bond, in the sum of Five Hundred Dollars, pending the hearing on the return date of this writ, and until otherwise ordered by this Court.

A response to the petition is hereby requested to be filed on or before April 30, 2013. The cause is set for submission without oral argument on May 15, 2013.

PER CURIAM

Order filed April 18, 2013.

Panel consists of Justices Brown, Christopher, and McCally.